IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00394-WYD-CBS

MARCELLO LIBERONA;
KENNETH ROBISON;
SANDRO TORRES; and
JOSEPH QUIGLEY, on behalf of themselves and all similarly situated persons,

    Plaintiffs,

v.

I SCOPPIATI, INC., d/b/a Campo De Fiori Ristorante - Vail, a Colorado corporation;
I MATTI RISTORANTE, INC., d/b/a Campo De Fiori Ristorante – Aspen, a Colorado corporation; and
GIBA, INC. d/b/a Gisella Restaurant, a Colorado corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Based on oral representations made by Plaintiff's counsel to my staff, this matter has settled.  Accordingly, settlement documents shall be filed with the Court not later than **Friday, January 4, 2013.**  Finally, in light of this development, Defendants' Motion to Dismiss (ECF No. 13) is **DENIED WITHOUT PREJUDICE.**

    Dated:  September 18, 2012.