IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00394-WYD-CBS

MARCELLO LIBERONA;
KENNETH ROBISON;
SANDRO TORRES; and,
JOSEPH QUIGLEY, on behalf of themselves and all similarly situated persons,

    Plaintiffs,

v.

I SCOPPIATI, INC., d/b/a Campo De Fiori Ristorante – Vail, a Colorado corporation;
I MATTI RISTORANTI, INC., d/b/a Campo De Fiori Ristorante – Aspen, a Colorado corporation; and,
GIBA, INC., d/b/a Gisella Restaurant, a Colorado corporation,

    Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice [ECF No. 24], filed on December 10, 2012.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulation of Dismissal with Prejudice [ECF No. 24], filed on December 10, 2012, is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

DATED:  December 10, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U.S. District Judge